2:15-mj-10-JHR

**COMPLAINT SYNOPSIS**
January 12, 2015

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

JAN 10 2015

CHRISTA K. BERRY, CLERK
BY_____
DEPUTY CLERK

Name:           GREGORY OWENS

Address:        Londonderry, New Hampshire

Year of Birth: 1956        Age: 58

Violation:      Count One:   Interstate Domestic Violence, in violation of 18 U.S.C. § 2261(a)(1).

                Count Two:   Discharging a Firearm During and in Relation to a Crime of Violence, in violation of 18 U.S.C. § 924(c).

Penalties:      Count One:   Imprisonment of not more than twenty years (18 U.S.C. § 2261(b)(2)), a fine not to exceed $250,000 (18 U.S.C. § 3571(b)(3)), or both. This is a Class C felony pursuant to 3559(a)(3).

                Count Two:   Imprisonment not less than ten years and not more than life, to be served consecutively to Count One (18 U.S.C. § 924(c)(1)(A)(iii)); and a fine not to exceed $250,000 (18 U.S.C. § 3571(b)(3)), or both. This is a Class A felony pursuant to 18 U.S.C. § 3559(a)(1).

Supervised Release:   Not more than 5 years (18 U.S.C. § 3583(b)(1)).

Maximum Term of Imprisonment
for Violation of Supervised Release:   Not more than 5 years (18 U.S.C. § 3583(e)(3)).

Maximum Term of Supervised Release
for Violation of Supervised Release: 5 years less any term of imprisonment imposed upon revocation of supervised release (18 U.S.C. § 3583(h)).

Defendant's Attorney: Unknown

Detention Status: Arrested 1/11/2015; to remain detained.
Foreign National: No
Consular Notification Provided:   N/A
County: York
AUSA: Darcie N. McElwee
Primary Investigative Agency/Agent: FBI/Flick
Guidelines: The Sentencing Guidelines apply in this case.
Victim Case: Yes
Corporate Victims Owed Restitution: None
Felony Assessments: $100 per count