SCANNED

AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Maine

U S DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

JAN 1 0 2015

CHRISTA K. BERRY, CLERK
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| GREGORY OWENS | ) | Case No.   2:15-mj- 10 - JHR |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     GREGORY OWENS                                                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☑ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

Interstate Domestic Violence; and
Discharge of a Firearm During and in Relation to a Crime of Violence

Date:   01/10/2015

_____
*Issuing officer's signature*

City and state:     Portland, Maine

John H. Rich III, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  1/10/15 , and the person was arrested on *(date)*  1/11/15 at *(city and state)*   PORTLAND, ME . |
| Date:  1/11/15                                   _____<br>*Arresting officer's signature*<br><br>SPECIAL AGENT PAMELA FLICK, FBI<br>*Printed name and title* |