# United States District Court
## District of Maine

UNITED STATES OF AMERICA

v.

GREGORY OWENS,

        Defendant

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

**No**: **2:15-mj-10-JHR**

It is **ORDERED** that a combined preliminary examination and detention hearing in this matter is continued, at the defendant's request and upon a showing of good cause, to Wednesday, January 21, 2015, at 1:30 p.m. before John H. Rich III, United States Magistrate Judge, 156 Federal Street, Portland, Maine. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated: January 12, 2015.

        /s/ John H. Rich III
        John H. Rich III
        United States Magistrate Judge