UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| v. | ] | Docket No. 15-MJ-10-JHR |
| | ] | |
| GREGORY OWENS | ] | |

**Appearance**

Now Comes Counsel, Sarah A. Churchill, Esq., and enters her appearance as Counsel for Gregory Owens, in this matter.

                                                             Nichols & Webb, P.A.

Dated: January 15, 2015        By:   /s/ Sarah A. Churchill
                                                               SARAH A. CHURCHILL, ESQ.
                                                               Maine Bar Reg. No. 9320
                                                               Attorney for Defendant

                                                               Nichols & Webb
                                                               16 Middle Street
                                                               Saco, Maine 04072
                                                               207-283-6400

**Certificate of Service**

  I hereby certify that on this date, I electronically filed this **Appearance** with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

      AUSA Darcie McElwee
      Darcie.McElwee@usdoj.gov

                Nichols & Webb, P.A.

Dated: January 15, 2015    By: /s/ Sarah A. Churchill
                 SARAH A. CHURCHILL, ESQ.
                 Maine Bar Reg. No. 9320
                 Attorney for Defendant

                 Nichols & Webb
                 16 Middle Street
                 Saco, Maine 04072
                 207-283-6400