UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v. ] | Docket No. 15-MJ-10-JHR |
| ] | |
| GREGORY OWENS ] | |

**Unopposed Motion to Continue Preliminary Examination and Detention Hearing**

　　Now Comes Counsel, Sarah A. Churchill, Esq., and hereby moves to continue the combined Preliminary Examination and Detention Hearing set in this matter for January 21, 2015. In support of this request Counsel states as follows:

1. Defendant had an initial appearance on a complaint in this matter on January 12, 2015.

2. At that time Defendant appeared and was represented by Assistant Federal Defendant J. Hillary Billings. Attorney Billings representation was only contemplated to cover the Initial Appearance as Defendant intended to retain counsel.

3. The Government filed a Motion for Detention and Defendant was ordered temporarily detained pending a combined hearing set for January 21, 2015.

4. Defendant has subsequently retained undersigned counsel.

5. Recent developments in the status of the case have made it clear that Defendant and Counsel need an additional two weeks of time to prepare for this hearing.

6. Defendant will remain in custody pending the combined hearing in this matter and agrees that this continuance is in his best interest and in the interests of justice.

7. Counsel has contacted the Government about this request and the Government, through AUSA Darcie McElwee, does not object to this motion.

WHEREFORE, Counsel respectfully requests that the Court grant this Motion to Continue and reset the combined Preliminary Hearing and Detention Hearing hearing in this matter in approximately 14 days.

                                                        Nichols & Webb, P.A.

Dated: January 20, 2015        By:   /s/ Sarah A. Churchill
                                                          SARAH A. CHURCHILL, ESQ.
                                                          Maine Bar Reg. No. 9320
                                                          Attorney for Defendant

                                                          Nichols & Webb
                                                          16 Middle Street
                                                          Saco, Maine 04072
                                                          207-283-6400

**Certificate of Service**

    I hereby certify that on this date, I electronically filed **Counsel's Unopposed Motion to Continue** with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

      AUSA Darcie McElwee
      Darcie.McElwee@usdoj.gov

      Nichols & Webb, P.A.

Dated: January 20, 2015      By:   /s/ Sarah A. Churchill
                                    SARAH A. CHURCHILL, ESQ.
                                      Maine Bar Reg. No. 9320
                                      Attorney for Defendant

                                      Nichols & Webb
                                      16 Middle Street
                                      Saco, Maine 04072
                                      207-283-6400