SCANNED



U. S. Department of Justice
United States Marshals Service

*District of Maine*

*156 Federal Street*
*Portland, Maine  04101*

January 29, 2015

Magistrate Judge Rich
United States District Court
156 Federal Street
Portland, ME 04101



REF:  Gregory Owens
      Case: #2:15-MJ-00010-JHR

Dear Sir/Madam;

This office has received a Writ of Habeas Corpus (Ad Prosequendum) for the appearance of the above named federal prisoner from York Superior Court, (See attached request). Ms. Darcie McElwee, Esq., does not object to this request. If we receive no objection from the Court, we will release the prisoner into the temporary custody of the York County Sheriff's Department for the court appearance on February 2, 2015. It is also anticipated that the prisoner will be returned to our custody the same day of his court appearance in Alfred, ME.

If you have no objection to honoring the Writ, please initial this letter and return to me.

Sincerely,

Noel C. March
United States Marshal

By: Kathy L. Perron
    Criminal Program Specialist

cc: Clerk of Court
    United States Attorney

# STATE OF MAINE

SUPERIOR COURT
YORK, ss.
Docket No. ALFSC-CR-2015-00095                    **WRIT OF HABEAS CORPUS**
STATE OF MAINE
    v.                                         **FOR PROSECUTION**
GREGORY OWENS
                                                           14 M.R.S. § 5545

DOB: ▇▇▇/1956

TO THE: ☐ SUPERINTENDENT, MAINE CORRECTIONAL CENTER
        ☐ WARDEN, MAINE STATE PRISON
        ☐ SUPERINTENDENT, YOUTH DEVELOPMENT CENTER
        ☒ SHERIFF, _Cumberland_ COUNTY
        ☐ COMMISSIONER DEPT. OF HEALTH AND HUMAN SERVICES
        ☐ DIRECTOR, JUVENILE FACILITY
        ☐ _____

*Defendant is in Federal Custody.*

AND:   TO THE SHERIFF OF YORK COUNTY:
GREGORY OWENS, whose appearance is necessary for the attainment of justice, is now in custody at the above institution and:
A CRIMINAL COMPLAINT is pending charging the defendant with

001 AGGRAVATED ATTEMPTED MURDER
and HEARING has been scheduled.

    You are ordered to deliver the within named person to the sheriff or any deputy to be brought before the YORK COUNTY SUPERIOR COURT, at ALFRED Maine on 02/02/2015 at 08:30 a.m.

Date: 1/21/15

_____
~~Judge~~ / Justice

A TRUE COPY. ATTEST: _____ Clerk

*********************************************
### REMANDING ORDER

    The above named person was produced before the court and the purpose of the writ has been accomplished, it is ORDERED that the sheriff of the above-named county or any one or more authorized deputies shall deliver the person to the official custody of the above institution and shall be received into official custody by the agent of the institution.

Date: _____

                                                                         Judge / Justice
Received from the sheriff of the above-named county the person of
_____ in compliance with the within order.

Date: _____

                                                     Superintendent/Warden/Sheriff/Commissioner

CR-052, Rev. 02/14          Page 1 of 2

## RETURN OF SERVICE

Received from the:  ☐ SUPERINTENDENT, MAINE CORRECTIONAL CENTER
                    ☐ WARDEN, MAINE STATE PRISON
                    ☐ SUPERINTENDENT, YOUTH DEVELOPMENT CENTER
                    ☐ SHERIFF,_____COUNTY
                    ☐ COMMISSIONER DEPT. OF HEALTH AND HUMAN SERVICES
                    ☐ DIRECTOR, JUVENILE FACILITY
                    ☐ _____

the person of_____in compliance with the within order.

Date:_____                         _____
                                                     Authorized Officer

CR-052, Rev. 02/14          Page 2 of 2