# SCANNED

## STATE OF MAINE

SUPERIOR COURT
YORK, ss.
Docket No. ALFSC-CR-2015-00095
STATE OF MAINE
    v.
GREGORY OWENS

DOB: ▇▇▇▇/1956

**WRIT OF HABEAS CORPUS**

2015 FEB -3 P 2: 15

**FOR PROSECUTION**

**14 M.R.S. § 5545**

DEPUTY CLERK

*(stamp: 2/3/15 O.K. JHR U.S. DISTRICT COURT PORTLAND MAINE RECEIVED AND FILED)*

TO THE:  ☐ SUPERINTENDENT, MAINE CORRECTIONAL CENTER
        ☐ WARDEN, MAINE STATE PRISON
        ☐ SUPERINTENDENT, YOUTH DEVELOPMENT CENTER
        ☒ SHERIFF, _Cumberland_ COUNTY
        ☐ COMMISSIONER DEPT. OF HEALTH AND HUMAN SERVICES
        ☐ DIRECTOR, JUVENILE FACILITY
        ☐ _____

*Defendant in Federal Custody*

AND:  TO THE SHERIFF OF YORK COUNTY:
GREGORY OWENS, whose appearance is necessary for the attainment of justice, is now in custody at the above institution and:
A CRIMINAL COMPLAINT is pending charging the defendant with

001 AGGRAVATED ATTEMPTED MURDER
and HEARING has been scheduled.

    You are ordered to deliver the within named person to the sheriff or any deputy to be brought before the YORK COUNTY SUPERIOR COURT, at ALFRED Maine on 02/05/2015 at 08:30 a.m.

Date: 2/3/15

_____
Judge / Justice

A TRUE COPY. ATTEST: _____ Clerk

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## REMANDING ORDER

    The above named person was produced before the court and the purpose of the writ has been accomplished, it is ORDERED that the sheriff of the above-named county or any one or more authorized deputies shall deliver the person to the official custody of the above institution and shall be received into official custody by the agent of the institution.

Date:_____

_____
Judge / Justice

Received from the sheriff of the above-named county the person of
_____ in compliance with the within order.

Date:_____

_____
Superintendent/Warden/Sheriff/Commissioner

CR-052, Rev. 02/14          Page 1 of 2

## RETURN OF SERVICE

Received from the:  ☐ SUPERINTENDENT, MAINE CORRECTIONAL CENTER
                    ☐ WARDEN, MAINE STATE PRISON
                    ☐ SUPERINTENDENT, YOUTH DEVELOPMENT CENTER
                    ☐ SHERIFF,_____COUNTY
                    ☐ COMMISSIONER DEPT. OF HEALTH AND HUMAN SERVICES
                    ☐ DIRECTOR, JUVENILE FACILITY
                    ☐ _____

the person of_____in compliance with the within order.

Date:_____                        _____
                                                    Authorized Officer

CR-052, Rev. 02/14        Page 2 of 2